IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PRATTVILLE PRIDE,** <br> **ADAM HUNT,** <br> **CARYL LAWSON,** <br>     **Plaintiffs** <br> vs. <br><br> **The City Of Prattville, Alabama** <br> A political subdivision of the State of Alabama, and certain members of its governing body, Bill Gillespie in his official capacity, <br>     **Defendants.** | : <br> : <br> : <br> : <br> : <br> :    **Civil Action File No:**_____ <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**COMES NOW**, Plaintiffs, **Prattville Pride, Adam Hunt, and Caryl Lawson** (Hereinafter collectively referred to as "Prattville Pride") by and their Counsel of record and pursuant Rule 65 of the Federal Rules of Civil Procedure, hereby moves this Court for the entry of an Temporary Restraining Order and, pending a hearing thereon, the entry of a Preliminary Injunction, against the Defendants who have given notice to the Plaintiff that the Defendants intend to disallow Prattville Pride from participating in the 2024 city-sponsored Prattville Christmas parade, citing "serious safety concerns." In support thereof, Prattville Pride, avers the following:

1. Prattville Pride is an organization of citizens who identify as LGBTQ and LGBTQ allies.

2. On or about September 1, 2024, Prattville Pride completed the application to be included in the City of Prattville's annual Christmas parade and paid the required thirty ($30.00) entry fee. Prattville Pride's application was timely made, prior to the deadline. Prattville Pride was notified that its application had been approved.

3. On December 3, 2024 there was a Prattville City Council meeting wherein Andrew Odom, counsel for the City Council advised:

> The city will face constitutional challenges if it attempts to prohibit Prattville Pride's float. That is a prior restraint on speech and that is strictly prohibited not only under Alabama caselaw but federal caselaw. . . You can't look at the content of what speech will be before you have even seen it and prior restrain that. And again, any restrictions on speech must be narrowly tailored to meet a significant government interest. And again, in this situation the speech has not occurred yet so you can't narrowly tailor something and prevent it before it has happened. Just like any other applicants of the float, they submitted an application and were approved, so they should be allowed to participate in the parade. They are subject to all rules and regulations that any float would be. But it is my opinion based on what I know so far, I would not advise the council to engage in any type of prior restraint to speech that has not occurred yet.

4. On the morning of December 5, 2024, Prattville Pride Vice President Caryl Lawson emailed Prattville Police Chief Mark Thompson and Assistant Chief Jeff Hassell the following:

> Subsequent to the city council meeting held on Dec. 3, there have been some additional threats made against our organization referencing harmful actions to be taken against us and our float during the Prattville Christmas Parade. . . At this time, Prattville Pride is requesting Prattville police officers to specifically monitor us and our surroundings during staging, as well as assign two officers to walk near the crowd alongside our float. . . It is apparent that our float and our members are at risk of being specifically targeted during this public city event.. . .

5. Despite the warnings and admonitions stated publicly by the attorney for Prattville City Council, on December 5, the Mayor of Prattville, Bill Gillespie, issued a statement removing Prattville Pride from the Christmas Parade stating, "The City will not put the rights of parade participants ahead of the safety of its citizens."

6. Prattville Pride would suffer immediate and irreparable harm should the Defendant be allowed to exclude them from participating in the Christmas parade. Plaintiff respectfully requests this Court to enjoin the Defendants and issue a Temporary Restraining Order prohibiting the Defendants from disallowing Prattville Pride from participating in the parade, pending further hearing of the matter by this Court.

7. Prattville Pride has made a showing that without an Emergency Order granting a Temporary Restraining Order or Preliminary Injunction, Prattville Pride will be irreparably harmed, including the deprivation of fundamental rights guaranteed by the First and Fourteenth Amendments to the U.S. Constitution. Additionally, Prattville Pride has no adequate remedy at law.

8. Prattville Pride likely to prevail on the merits of their claim, as publicly admitted by the City Council's attorney, due to the impermissibility of the Defendant's actions being a prior restraint on speech. The threatened injury to Plaintiff outweighs whatever damage a temporary injunction may cause the Defendants; and the injunction would not be adverse to the public interest.

9. The issuance of a temporary restraining order without a hearing is appropriate pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure. Further, counsel for the Defendant was put on notice of this TRO via email on December 5, 2024. In the event that the Court determines a hearing is necessary before ruling on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs request that the Court schedule the hearing as promptly as possible, before the parade, which is scheduled for Friday,

**WHEREFORE**, Plaintiff prays that the Court enter a temporary restraining order and preliminary injunction, enjoining Defendants and all others acting in concert with them, from excluding Prattville Pride from participating in the parade.

Prattville Pride prays for such other, further, and different relief as may be appropriate under the attendant circumstances.

Respectfully submitted, this the 5th day of December, 2024,

_____
ADAM HUNT

_____
CARYL LAWSON

STATE OF ALABAMA )
COUNTY OF AUTAUGA )

I, the undersigned authority, a Notary Public in and for said County, hereby certify that ADAM HUNT, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the foregoing, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this __5__ day of __December__ 2024.



_____
Notary Public
My Commission Expires: 09/23/2028

STATE OF ALABAMA )
COUNTY OF AUTAUGA )

I, the undersigned authority, a Notary Public in and for said County, hereby certify that CARYL LAWSON, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the foregoing, she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this __5__ day of __December__ 2024.

_____
Notary Public
My Commission Expires: 09/23/2028

| | |
|---|---|
| /s/ John T. Winans | /s/ Julia D. Collins |
| **John T. Winans (WIN059)** | **Julia D. Collins (COL159)** |
| **Attorney for the Plaintiff** | **Attorney for the Plaintiff** |
| **ALA BAR NO: 3456E13A** | **ALA BAR NO.: 7376H71S** |

**OF COUNSEL:**
**The Harris Firm LLC**
**60 Commerce Street, Ste 370**
**Montgomery, AL 36104**
jtwinans@theharrisfirmllc.com
**juliacollins@theharrisfirmllc.com**

**SERVE DEFENDANTS AT:**

**City Of Prattville**
**c/o Paula Barlow, City Clerk**
**101 W Main Street**
**Prattville, Alabama 36067**

**Mayor Bill Gillespie**
**Mayor of Prattville**
**101 W Main Street**
**Prattville, Alabama 36067**