IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PRATTVILLE PRIDE,<br>ADAM HUNT,<br>CARYL LAWSON,<br>    Plaintiffs<br>vs.<br><br>The City Of Prattville, Alabama<br>A political subdivision of the State of<br>Alabama, and certain members of its<br>governing body, Bill Gillespie in his<br>official capacity,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action File No:_____<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF COUNSEL PURSUANT TO FEDERAL RULE 65 OF FEDERAL RULES OF CIVIL PROCEDURE

The undersigned is counsel for the Plaintiffs in the above styled action pending before the United States District Court for the Middle District of Alabama. On Thursday, December 5, 2024 counsel for the Plaintiffs' attempted to reach counsel for the Defendants on both his office and cellular phone. No contact was ever made and the calls remain unreturned at the time of this filing. Counsel for the Plaintiffs has provided a copy of the filings to include the Motion for Temporary Restraining Order to counsel for the Defendants via email at the time of the filing of this action.

Respectfully submitted this the 5th day of December 2024.

Julia D. Collins (COL159)
Attorney for the Plaintiff
ALA BAR NO.: 7376H71S

OF COUNSEL:
The Harris Firm LLC
60 Commerce Street, Ste 370
Montgomery, AL 36104
juliacollins@theharrisfirmllc.com

**SERVE DEFENDANTS AT:**

City Of Prattville
c/o Paula Barlow, City Clerk
101 W Main Street
Prattville, Alabama 36067

Mayor Bill Gillespie
Mayor of Prattville
101 W Main Street
Prattville, Alabama 36067