**Andrew Odom**

| | |
|---|---|
| From: | Prattville Pride <prideprattville@gmail.com> |
| Sent: | Thursday, December 5, 2024 12:53 AM |
| To: | Hassell, Jeff; Thompson, Mark; Cook, Kellie; Andrew Odom |
| Subject: | Flat safety concerns |

Dear Chief Thompson and Asst Chief Hassell,

Subsequent to the city council meeting held on Dec3rd, there have been some additional threats made against our organization referencing harmful actions to be taken against us and our float during the Prattville Christmas Parade.
At this time, Prattville Pride is requesting Prattville Police officers to specifically monitor us and our surroundings during staging as well as assign 2 officers to walk near the crowd alongside our float.

It is apparent that our float and members are at risk of being specifically targeted during this public city event. We are concerned not only with our own safety but that of bystanders and parade goers as well. Having police escorts could be a invaluable deterrent.

Thank you so much for considering our request. It's truly appreciated..

Warmly,

Caryl Lawson
Vice President
Prattville Pride
Prideprattville@gmail.com
3342335037