IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRATTVILLE PRIDE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00786-RAH-KFP |
| | ) |
| CITY OF PRATTVILLE, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiffs initiated this action on December 5, 2024, requesting emergency injunctive relief concerning their participation in a Christmas parade on December 6, 2024. The parade has now concluded. As such, it is **ORDERED** that Plaintiffs show cause on or before **noon**, **December 13, 2024** as to why this case should not be dismissed for lack of a live case or controversy.

**DONE** and **ORDERED** on this the 9th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE