# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PRATTVILLE PRIDE, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No.: 2:24-cv-00786-RAH-KFP |
| CITY OF PRATTVILLE, *et al.*, | * |
| Defendants. | * |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

COME NOW the Defendants, the City of Prattville, Alabama ("City") and Mayor Bill Gillespie, Jr., by and through the undersigned counsel, and respectfully request this Honorable Court extend the time in which Defendants may answer Plaintiffs' complaint or file a motion under Federal Rule of Civil Procedure 12(b) by twenty-one (21) days. In support of this motion, Defendants state the following:

1. Plaintiffs filed the complaint commencing this lawsuit, along with a "Motion for Temporary Restraining Order and Preliminary Injunction," on December 5, 2024. (Doc. 1). Defendants accepted service of the complaint later that same day. The complaint and motion sought to require the City to rescind its directive removing Plaintiffs from its Christmas parade, which was scheduled for the following day, and enjoin the City from prohibiting Plaintiffs from participating in said parade. *Id.* Plaintiffs further requested that the City provide at least two law enforcement officers to escort Plaintiffs during the duration of the parade. *Id.*

2. Following a hearing on the morning of December 6, 2024, the Court entered an order granting Plaintiffs' requested relief. (Doc. 9).

3. Defendants complied with the Court's Order, and Plaintiffs participated in the parade.

4. On December 9, 2024, the Court issued a second order requiring Plaintiffs to show cause as to why this action should not be dismissed for lack of a live case or controversy. (Doc. 11).

5. Plaintiffs filed a Response to the Court's Order to Show Cause on December 13, 2024. (Doc. 12).

6. This Court held a hearing on Plaintiffs' response December 19, 2024. (Doc. 14). During the hearing, the Court ordered Defendants to respond to Plaintiffs' complaint.

7. Pursuant to Federal Rule of Civil Procedure 12(a), Defendants' deadline to file a responsive pleading to Plaintiffs' complaint is December 26, 2024.

8. Based on the circumstances presented in this case and the parties' pre-scheduled plans to celebrate the upcoming holidays with their families and loved ones, Defendants request that this Honorable Court extend the current deadline in which Defendants may respond to Plaintiff's complaint to January 16, 2025, or 21 days following the current December 26th deadline.

9. Defendants have conferred with counsel for the Plaintiffs, and they agreed to the 21-day extension.

Respectfully submitted this the 19th day of December, 2024.

    /s/ *Rick A. Howard*
Rick A. Howard (ASB-9513-W79R)
Ashley T. Britton (ASB-3974-O48M)
Attorneys for Defendants

OF COUNSEL:
*Holtsford Gilliland Hitson Howard*
*Stevens Tuley & Savarese, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334) 215-8585

Facsimile: (334) 215-7101
Email: rhoward@hglawpc.com
abritton@hglawpc.com

/s/ Andrew L. Odom
Andrew L. Odom
Attorney for Defendants

OF COUNSEL:
*The Cleveland Firm, LLC*
707 McQueen Smith Road South
Prattville, AL 36066
334-365-6266
Fax: 334-365-6818
Email: andrew@clevelandriddle.com

/s/ Robert E. Riddle
Robert E. Riddle
Attorney for Defendants

OF COUNSEL:
Law Office of Rob Riddle LLC
119 1st Street
Prattville, AL 36067
334-356-3239
Fax: 334-356-3241
Email: rob@riddlelawllc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to:

Julia Dianne Collins
John Tyler Winans
*The Harris Firm LLC*
60 Commerce Street
Suite 370
Montgomery, AL 36105
334-782-9938
Fax: 888-270-6762
Email: stevenharris@theharrisfirmllc.com
(***Counsel for Plaintiffs***)

      on this the 19th day of December, 2024.

                                                  */s/ Rick A. Howard*
                                                  OF COUNSEL