IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRATTVILLE PRIDE, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Case No.: 2:24-cv-00786-RAH-KFP |
| | * |
| CITY OF PRATTVILLE, *et al.*, | * |
| | * |
| Defendants. | * |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants the City of Prattville, Alabama and Bill Gillespie, Jr. move to dismiss Plaintiffs' complaint (Doc. 1), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants submit their Memorandum Brief, filed contemporaneously herewith, and video evidence of the Prattville City Council meeting held on December 3, 2024, hyperlinked below as Defendants' Exhibit 1.[1]

### EXHIBIT

1. Video of City Council Meeting, dated December 3, 2024, https://www.youtube.com/watch?v=d5K9hLEpW3g&list=PLGmBaZTo EEGaN2WNFNrJXqzuh7mEJjzA_&index=2.

---

[1] The Court may consider this video evidence without converting Defendants' motion to one for summary judgment because Plaintiffs specifically reference the meeting in their complaint and other pleadings, it is central to the claims asserted by Plaintiffs, and it is undisputed. *See e.g.,* Doc. 1, ¶ 9; Doc. 2, ¶ 3; *see also Johnson v. City of Atlanta,* 107 F.4th 1292, 1300 (11th Cir. 2024).

Respectfully submitted this the 16th day of January, 2025.

/s/ Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
Ashley Tidwell Britton (ASB-3974-O48M)
*Counsel for Defendants*

**OF COUNSEL:**
HOLTSFORD GILLILAND HITSON HOWARD
   STEVENS TULEY & SAVARESE, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
rhoward@hglawpc.com
abritton@hglawpc.com

/s/ Andrew L. Odom
Andrew L. Odom
Attorney for Defendants

OF COUNSEL:
*The Cleveland Firm, LLC*
707 McQueen Smith Road South
Prattville, AL 36066
334-365-6266
Fax: 334-365-6818
Email: andrew@clevelandriddle.com

/s/ Robert E. Riddle
Robert E. Riddle
Attorney for Defendants

OF COUNSEL:
Law Office of Rob Riddle LLC
119 1st Street
Prattville, AL 36067
334-356-3239
Fax: 334-356-3241
Email: rob@riddlelawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 16th day of January, 2025, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I have emailed or mailed a copy of the foregoing pleading to the following parties:

Julia Dianne Collins
John Tyler Winans
*The Harris Firm LLC*
60 Commerce Street
Suite 370
Montgomery, AL 36105
334-782-9938
Fax: 888-270-6762
Email: stevenharris@theharrisfirmllc.com
(*Counsel for Plaintiffs*)

on this the 16th day of January, 2025.

/s/ Rick A. Howard
OF COUNSEL