IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRATTVILLE PRIDE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-00786-RAH-KFP |
| ) | |
| CITY OF PRATTVILLE, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is the Defendants' *Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction* (doc. 21) filed on January 16, 2025. Accordingly, it is **ORDERED** that the Plaintiffs shall file a response on or before **February 6, 2025**. And any reply to the response shall be filed on or before **February 20, 2025**. Further, the Plaintiffs' brief in opposition shall not exceed thirty (30) double-spaced pages unless the Court grants advance permission to exceed that limit. Any reply brief shall not exceed fifteen (15) double-spaced pages absent advance permission from the Court. After the briefing period has expired, the Court will take the motion under consideration without further notice to the parties.

**DONE** and **ORDERED** on this the 17th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE