IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRATTVILLE PRIDE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00786-RAH-KFP |
| | ) |
| CITY OF PRATTVILLE, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court are the Plaintiffs' *Motion for Leave to Amend Complaint* (doc. 25) and *Motion for Attorney fees Under 42 USC § 1988* (doc. 26) both filed on February 4, 2025. Accordingly, it is **ORDERED** that the Defendants shall file a response to both motions on or before **February 19, 2025**. And any reply to the responses shall be filed on or before **February 26, 2025**.

**DONE** and **ORDERED** on this the 5th day of February 2025.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE