## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

PRATTVILLE PRIDE, *et al.*,               )
                                    )
       Plaintiffs,               )
                                      )
v.               )    Case No.: 2:24-cv-00786-RAH-KFP
                                      )
CITY OF PRATTVILLE, *et al.*,               )
                                      )
       Defendants.               )

### AFFIDAVIT OF MARK THOMPSON

My name is Mark Thompson and I am over the age of nineteen (19) and competent to testify in this matter. I am the Police Chief for the City of Prattville, Alabama and have personal knowledge of the facts set forth herein.

On February 1, 2025, the City of Prattville sponsored a "Mardi Gras Celebration" parade. Prattville Pride had a float in the "Mardi Gras Celebration" parade, and that float was escorted by City of Prattville police officers. Prattville Pride participated in the "Mardi Gras Celebration" parade without issue.

*Further Affiant saith not.*

Mark Thompson
**Mark Thompson**

SWORN to and SUBSCRIBED before me on this the 18th day of February, 2025.

(seal)

_____

Notary Public

ANDREW LEE ODOM
NOTARY PUBLIC
STATE OF ALABAMA
MY COMMISSION EXPIRES
JULY 11, 2026

My commission expires: _July 11, 2026_